**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

MARY−LISA GUILLAUME, et al.

PLAINTIFF(S),

v.

FIGHT AGE LABS, LLC, et al.

DEFENDANT(S).

CASE NUMBER:

5:21−cv−01995

**NOTICE OF INTRA-DISTRICT**
**TRANSFER BY CLERK OF COURT**

To:  All Counsel Appearing of Record

     Due to clerical error, this case was improperly assigned to the  __  Division of this District. Pursuant to General Order 21-01 this case is hereby transferred to the  __  Division for all further proceedings.

X     Case was opened in the CM/ECF System by counsel, and provisionally assigned to a division of this Court. After review of the pleadings, pursuant to the General Orders of the Court, this case is hereby transferred to the   _Western_  Division.

     This case has been reassigned to case number  _2:21−cv−09289−CAS−JPRx_  and has been assigned to  _Judge Christina A. Snyder_  for all further proceedings.

     Any matters that are or may be referred to a Magistrate Judge are hereby assigned to  _Magistrate Judge Jean P. Rosenbluth_  for:

     X  any discovery and/or post-judgment matters that may be referred.

      for all proceedings in accordance with General Order 05-07.

     All subsequent documents filed must reflect the new case number and newly assigned District Judge's/Magistrate Judge's initials as follows:  _2:21−cv−09289−CAS−JPRx_ . Unless documents are exempted from electronic filing, they must be filed electronically on the docket under the new case number.

     **Please be advised that no further filings may be made under case number  _5:21−cv−01995_ . Any such filings made after the date of entry of this Notice may not be reviewed or considered by the Court.**

                                        Clerk, U.S. District Court

                                        By:  _/s/ Carmen Lujan_
                                         _Carmen_Lujan@cacd.uscourts.gov_
                                         Deputy Clerk

*cc: Previously assigned Judge/Magistrate Judge; Deputy-In-Charge;*
*Statistics Clerk*